BLANCHE C. ALEXANDER, Respondent, *v.* THE TORRID-AIRE COMPANY et al., Appellants.

(Argued October 15, 1934; decided November 20, 1934.)

*Walter L. Glenney* and *Bertrand L. Pettigrew* for The Torridaire Company, appellant.

*Clinton DeWitt Van Siclen, William M. Chadbourne* and *Robert W. MacMillan* for Abercrombie & Fitch Company, appellant.

*Sidney A. Wolff* and *Harry J. Leffert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and LOUGHRAN, JJ. HUBBS, J., concurs as to defendant The Torridaire Company, but dissents as to defendant Abercrombie & Fitch Company. CROUCH, J., dissents as to both defendants. Not sitting: LEHMAN, J.